IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DIDEROT SUFFRENA,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Case No.  5D21-2490
LT Case No. 2018-CF-027018-A

Decision filed April 12, 2022

Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Jeremiah D. Allen, of The Law Office
of Jeremiah D. Allen, P.A., Orlando,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and SASSO, JJ., concur.